# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diane Field | ) | |
| | ) | |
| v. | ) | 17-CV 02044 |
| | ) | |
| Housing Authority of Cook County, & | ) | |
| Illinois Department of Human right | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Magistrate Judge** |
| | ) | **M. David Weisman** |
| | ) | |

_____

## NOTICE OF MOTION

To:  Diane Field
     215 E. Custer St
     Lemont, IL 60439

    PLEASE TAKE NOTICE that on the 18th day of May 2017, at 9:00 am or as soon thereafter as I may be heard, I shall appear before the Honorable John Z. Lee or any other Judge presiding in his place at 219 S. Dearborn St., Chicago, Illinois Room 1225 the attached Motion to Withdraw as Counsel for the Plaintiff, and shall request that the attached Order be entered, at which time you may appear if so desired.

                                                                              /s/ Craig Bizar

Craig Bizar#6258014
Bizar & Doyle, LLC
123 W. Madison St., #205
Chicago, IL 60602
(312) 427-3100

## CERTIFICATE OF SERVICE

    I, Craig Bizar, do hereby certify that I served a copy of this Notice upon the parties listed above, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 123 W. Madison St., Chicago, Illinois, before the hour of 6:00 p.m., on the 2nd day of May, 2017.

                                                                              /s/ Craig Bizar

Craig Bizar#6258014
Bizar & Doyle, LLC
123 W. Madison St., #205
Chicago, IL 60602
(312) 427-3100

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diane Field | ) | |
|     Plaintiff | ) | |
| v. | ) | 17-CV 02044 |
| | ) | |
| Housing Authority of Cook County, & | ) | |
| Illinois Department of Human right | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | |
|     Defendants. | ) | **Magistrate Judge** |
| | ) | **M. David Weisman** |

### MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

NOW COMES Craig Bizar of Bizar & Doyle, LLC pursuant to their Motion to Withdraw as Counsel for the Plaintiff.

1. On or about 3/15/17 the Plaintiff filed her complaint against the Housing Authority of Cook County ("HACC") and the Illinois Department of Human Right ("IDHR") alleging violations of the Fair Housing Act, the Rehabilitation Act of 1973, and the Americans with Disability Act.

4. On or about 4/5/17 this Court appointed Craig Bizar of Bizar and Doyle, LLC ("Bizar") to represent Plaintiff.

5. Bizar's law practice is approximately 90% consumer bankruptcy, 5% real estate residential closings, and 5% state court foreclosure defense.

6. Bizar has no experience in representing Plaintiffs who have sued the HACC or IDHR for violations under the acts referenced above.

7. After reviewing the matter and commutating with Plaintiff, Bizar would not be competent to represent Plaintiff in the matter.

WHEREFORE Craig Bizar of Bizar & Doyle, LLC requests that this Court enter an order allowing them to withdraw as attorneys for the Plaintiff and for such relief as this Court deems just and proper.

/s/   Craig Bizar
Craig Bizar#6258014
Bizar & Doyle, LLC
123 W. Madison St., #205
Chicago, IL 60602
(312) 427-3100