## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANE FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02044 |
| | ) | |
| HOUSING AUTHORITY OF COOK | ) | Judge John Z. Lee |
| COUNTY; ILLINOIS DEPARTMENT OF | ) | Mag. Judge M. David Weisman |
| HUMAN RIGHTS, | ) | |
| | | |
| Defendants. | | |

## MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT

Plaintiff Diane Field, by her attorneys Jenner & Block LLP, hereby moves this Court for entry of an order extending the deadline for her filing of an Amended Complaint to October 16, 2017. In support of this Motion, Plaintiff states as follows:

1. On March 15, 2017, Plaintiff filed her Complaint in this action *pro se* [ECF No. 1] and at the same time filed a Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 4] and a Motion for Attorney Representation [ECF No. 5].

2. On April 5, 2017, this Court entered an Order [ECF No. 7] granting the Motions for Leave to Proceed *In Forma Pauperis* and for Attorney Representation, and recruited counsel to represent Plaintiff. Subsequently, the Court granted the original recruited counsel's motion to withdraw from this assignment [ECF No. 11].

3. On May 22, 2017, this Court entered an Order [ECF No. 12] recruiting Richard P. Steinken of the law firm of Jenner & Block LLP to represent Plaintiff, and on July 12, 2017, entered an Order [ECF No. 13] providing that recruited counsel file an Amended Complaint consistent with his obligations under Rule 11 by September 15, 2017, and setting the case for status on October 18, 2017.

4. Since entry of this Court's Order setting the deadline for filing an Amended Complaint, recruited counsel has had numerous communications with Plaintiff, including face-to-face meetings, has reviewed volumes of documentation related to the case, and has researched the pertinent law, but has been unable to complete and prepare for filing an Amended Complaint by September 15, 2017. The press of other professional obligations and the travel schedules of counsel and Plaintiff have prevented recruited counsel from finalizing in a timely manner the amended pleading consistent with his obligations under Rule 11.

5. Counsel respectfully requests that this Court enter an Order extending the deadline for the filing of an Amended Complaint from September 15, 2017 until October 16, 2017. Counsel further requests that the status hearing set for October 17, 2017 be reset until a date convenient for the Court in November 2017.

6. Counsel makes this request out of necessity and not for purposes of delay.

WHEREFORE, Plaintiff Diane Field, through her recruited counsel, respectfully requests that the deadline for the filing of an Amended Complaint by Plaintiff be extended to October 16, 2017 and that the case be re-set for status until November 2017.

Dated: September 8, 2017            Respectfully submitted,

                                    */s/ Richard P. Steinken*
                                    One of her attorneys

                                    Richard P. Steinken
                                    Justin A. Maleson
                                    Jory M. Hoffman
                                    JENNER & BLOCK LLP
                                    353 North Clark Street
                                    Chicago, IL 60654
                                    (312) 222-9350